JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA VASQUEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLPOINT, INC., a Corporation doing business in California; and DOES 1 through 100, inclusive,<br><br>    Defendant. | Case No.: CV 13-03307-GW(MANx)<br><br>*[Hon. George H. Wu, Dept. 10]*<br><br>**ORDER TO SUBMIT MATTER TO BINDING ARBITRATION AND DISMISS PENDING ACTION** |

The Stipulation of the Parties is adopted by the Court.

1. Plaintiff will submit the claims set forth in this civil action to binding arbitration pursuant to the agreement to arbitrate; and

2. This action will be dismissed. The Court will retain jurisdiction for the limited purpose of entertaining statutory proceedings, including a petition to confirm, vacate, or correct any arbitration award.

**IT IS SO ORDERED.**

DATED: June 28, 2013

_____
GEORGE H. WU, U.S. District Judge

Respectfully submitted by,

By   /s/ Vamsi K. Vemuru

SEYFARTH SHAW LLP
Jeffrey A. Wortman (SBN 180781)
E-mail: jwortman@seyfarth.com
Vamsi K. Vemuru (SBN 286376)
E-mail: vvemuru@seyfarth.com
333 S. Hope Street, Suite 3900
Los Angeles, California  90071
Telephone:  (213) 270-9600
Facsimile:  (213) 270-9601

Attorneys for Defendant
WELLPOINT, INC.

15800966v.1

2